(110 So. 170)

**Albert B. SALTS v. STATE. (4 Div. 309.)**

(Supreme Court of Alabama. Nov. 11, 1926.)

Certiorari to Court of Appeals.

J. Morgan Prestwood, of Andalusia, for petitioner.

Harwell G. Davis, Atty. Gen., for the State.

SOMERVILLE, J. Petition of Albert B. Salts for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Salts v. State, 21 Ala. App. 573, 110 So. 169.

Writ denied.

THOMAS, MILLER, and BOULDIN, JJ., concur.